# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Alejandro Sanchez

**V.**

Carlos LNU, Tony LNU, Marie LNU, Lynn Arthur, Jennifer Stark, Sergeant Cleary Thomas, Deputy Doug Sanders, Nancy Wikoff, Tiffani Mauro, Emigdio Lopez-Ramirez

**JUDGMENT IN A CIVIL CASE**

**CASE NUMBER:** 10cv218-BEN-WVG

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that the Defendants' Motion to Dismiss is granted with prejudice and that the Plaintiff's Request for Certificate of Appealability is denied as moot.

| September 1, 2010 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

s/ K. Hammerly
(By) Deputy Clerk
ENTERED ON September 1, 2010